UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

LAUREN WINTERS,

    Plaintiff,

vs.

MMI ENGINEERED SOLUTIONS,
INC., a Michigan corporation and BOB
HORNBECK, an individual

    Defendants.

Case No. 2:21-CV-11992
Hon. Mark A. Goldsmith

---

| | |
|---|---|
| Mark E. Sisson (P75250)<br>THE MARK SISSON LAW FIRM, PLLC<br>Attorneys for Plaintiff<br>38701 W. Seven Mile Road, Suite 130<br>Livonia, MI  48152<br>(248) 443-3022 / (734) 655-9045 fax<br>msisson@marksissonlaw.com<br>sadupuis@marksissonlaw.com | Caryn J. Devaney (P57481)<br>THE HANOVER LAW GROUP<br>Attorney for Defendants<br>25800 Northwestern Highway, Suite 400<br>Southfield, MI 48075<br>(248) 233-5543/ (508) 926-2190 fax<br>cdevaney@hanover.com<br>nglorio@hanover.com |
| Eric Stempien (P58703)<br>STEMPIEN LAW, PLLC<br>Attorneys for Plaintiff<br>38701 W. Seven Mile Road, Suite 130<br>Livonia, MI  48152<br>(734) 74407022<br>eric@stempien.com<br>shawn@stempien.com | |

## **STIPULATED ORDER OF DISMISSAL**

That upon the reading and filing of the stipulation of the parties attached

hereto, and with the Court being otherwise fully advised in the premises;

**NOW, THEREFORE, IT IS HEREBY ORDERED** that the above-entitled matter is hereby dismissed with prejudice and without costs, interest or attorney fees as to all parties.

**FURTHERMORE**, this Order does resolve all pending claims and does close this case.

SO ORDERED.

Dated:  February 16, 2022  
    Detroit, Michigan

s/Mark A. Goldsmith  
MARK A. GOLDSMITH  
United States District Judge

**APPROVED FOR ENTRY:**

/s/ *Mark E. Sisson*  
Mark E. Sisson (P75250)  
THE MARK SISSON  
LAW FIRM, PLLC  
Attorneys for Plaintiff

/s/*Caryn J. Devaney*  
Caryn J. Devaney (P57481)  
Attorney for Defendant